IN THE SUPREME COURT OF THE STATE OF DELAWARE

BRUCE A. ROWAN, §
§
   Defendant Below, § No. 341, 2020
   Appellant, §
§ Court Below—Superior Court
   v. § of the State of Delaware
§
STATE OF DELAWARE, § Cr. ID No. 0910020105 (K)
§
   Plaintiff Below, §
   Appellee. §

Submitted: November 30, 2020
Decided: December 22, 2020

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the Superior Court did not err when it summarily dismissed the appellant's second motion for postconviction relief. The appellant, Bruce A. Rowan, has not pleaded with particularity new evidence of actual innocence or that a new, retroactive rule of constitutional law renders his conviction invalid.[1] Nor has Rowan asserted any claim that the Superior Court lacked jurisdiction.[2]

---

[1] Del. Super. Ct. Crim. R. 61(d)(2).
[2] Del. Super. Ct. Crim. R. 61(i)(5).

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice